*so*
*550*

FILED
08 JUL 29 AM II: 19
RICHARD W.
~~EKING~~
~~U.S.~~
~~DISTRICT COURT~~
~~CALIFORNIA~~

1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

2  Name  LEWIS    REGINALD    T.

3      (Last)              (First)              (Initial)

4  Prisoner Number  P95159    S.E.S.P.

5  Institutional Address  SAN QUENTIN, CA 94964

6                                                                  (PR)

7                  UNITED STATES DISTRICT COURT                    SBA
                   NORTHERN DISTRICT OF CALIFORNIA

8  REGINALD T. LEWIS

9  (Enter the full name of plaintiff in this action.)    CV 08    3619

10              vs.                          Case No. _____

11  CALIFORNIA DEPT.                         (To be provided by the Clerk of Court)

12  OF CORRECTION                            COMPLAINT UNDER THE
                                             CIVIL RIGHTS ACT,
13                                           Title 42 U.S.C § 1983

14

15  (Enter the full name of the defendant(s) in this action)

16  [All questions on this complaint form must be answered in order for your action to proceed..]

17  I.    Exhaustion of Administrative Remedies.

18       [Note: You must exhaust your administrative remedies before your claim can go

19       forward.  The court will dismiss any unexhausted claims.]

20       A.    Place of present confinement  SAN QUENTIN

21       B.    Is there a grievance procedure in this institution?

22             YES (X)    NO ( )

23       C.    Did you present the facts in your complaint for review through the grievance

24             procedure?

25             YES (X)    NO ( )

26       D.    If your answer is YES, list the appeal number and the date and result of the

27             appeal at each level of review.  If you did not pursue a certain level of appeal,

28             explain why.

COMPLAINT                          - 1 -

1. Informal appeal THE DEPT. OF CORRECTION HAS NEGLECTED TO RESPOND TO PLAINTIFF'S 602 APPEALS

2. First formal level NO RESPONSE

3. Second formal level NO RESPONSE

4. Third formal level NO RESPONSE

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X)     NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. N/A

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

OLEVIA LEWIS, 2642 DONEGAL RD WOODVILLE, MS 39669.
REGINALD LEWIS, P95159, SAN QUENTIN, CA 94964

B. Write the full name of each defendant, his or her official position, and his or her place of employment.
CALIFORNIA DEPT. OF CORRECTION

COMPLAINT                    - 2 -

III.    Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

①. DENIAL OF EMERGENCY INTERSTATE COMPACT FOR OLEVIA LEWIS'S COLON CANCER RECOVERY.

②. THE DEPT. OF CORRECTION HAS VIOLATED PLAINTIFF'S DUE PROCESS BY HOLDING HIM IN CUSTODY ON FALSE CHARGES WHILE AWAITING PAROLE REVOCATION HEARINGS, DISRUPTING PLAINTIFF'S EMPLOYMENT AS BOTH A DATABASE/REPORTS DEVELOPER AND A MUSIC COMPOSER.

③. PAROLE DEPT. HAS REPEATEDLY ARRESTED PLAINTIFF ON FALSE ALLEGATIONS, GENERATING AN ILLEGAL PROFILE.

IV.    Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

PLAINTIFF'S PRAY FOR THIS COURT TO : ORDER THE DEPT. OF CORRECTION TO PAY THE PLAINTIFFS MONETARY COMPENSATION

COMPLAINT                          - 3 -

1   IN THE AMOUNT OF APPROXIMATELY
2   9 MILLION DOLLARS ($9,000,000.<sup>oo</sup>)
3   OR IN THE AMOUNT THAT THE COURT
4   FINDS APPROPRIATE.

5        I declare under penalty of perjury that the foregoing is true and correct.

6

7        Signed this ___24___ day of ___JULY___, 20_08_

8

9        _____

10                  (Plaintiff's signature)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                  - 4 -

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 7-10-08 | TRUST OFFICE | LEWIS | P95159 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---|---|---|---|---|
| 1D040 | UP | | FROM | TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|---|---|---|
| | FROM | TO |

## Clearly state your reason for requesting this interview.

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

THE FEDERAL COURT REQUIRES FOR ME TO SEND THEM COMPLETION OF THE ENCLOSED DOCUMENT ALONG WITH MY CERTIFICATE OF FUNDS IMMEDIATELY    THANK YOU

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY L Uch

DATE 7-17-08

DISPOSITION

I sent your cert. to your counselor on 7-17-08

REGINALD LEWIS P95159
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA 94964

RECEIVED

08 JUL 28  PM 12: 45

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9410283432 0004

CLERK OF U.S. DISTRICT COURT
450 GOLDEN GATE AVE.
BOX 36060
SAN FRANCISCO, CA 94102



3c
USA MAILED FROM ZIP CODE 94964