7/31/08

FILED
AUG - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEAR CLERK,

I WOULD LIKE TO INCLUDE A "JURY DEMAND" FOR THIS CASE.

C-08-3619-SBA

THANK YOU

[signature]

P.S. THE COUNSELOR HERE IS NOT WILLING TO GIVE ME MY 6 MONTH CERTIFICATE OF FUNDS.

STATE OF CALIFORNIA                                                                                            DEPARTMENT OF CORRECTIONS

# Inmate Request for Interview

To: **TRUST OFFICE**                                    Date: **6-28-08**    JUL 0 2 2008

From: **LEWIS            P95159              1D40**
         (Last Name)          (Number)           (Housing)              (Bed Number)

Work Assignment: _____    Job Hours: _____ to _____

Other Assignment: _____    From: _____ to _____
  (School, therapy, etc.)

Kindly explain in detail your reason for requesting this interview. You will be called in for interview in the near future if the matter cannot be handled by correspondence. Unless your problem is stated clearly, this form will be returned.

I AM FILING SEVERAL DIFFERENT PETITIONS IN FEDERAL COURT. PLEASE SEND ME A NEW "CERTIFICATE OF FUNDS"     THANK YOU

(Do **NOT** write below this line. If more space is required, write on back.)

Interviewed By: *L. Nelm*                              Date: 7-9-08

Disposition: I sent your 6 mos. cert. to your counselor on 7-9-08

GA-22 (6-88)