FILED
08 AUG -5 AM 10: 40

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REGINALD T. LEWIS
　　　　　Plaintiff,

vs.

CALIFORNIA DEPT. OF
CORRECTION
　　　　　Defendant.

CASE NO. CV-08-3619-SBA

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, REGINALD LEWIS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____TEK Systems_____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                    Yes ___  No ✓
10           self employment
11      b.   Income from stocks, bonds,                 Yes ___  No ✓
12           or royalties?
13      c.   Rent payments?                             Yes ___  No ✓
14      d.   Pensions, annuities, or                    Yes ___  No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments,         Yes ___  No ✓
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                               Yes ___  No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____
6  _____
7  5. Do you own or are you buying a home?   Yes ___ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6. Do you own an automobile?   Yes ___ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $_____
12 Monthly Payment: $_____
13 7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ___ No ✓ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20 _____
21 8. What are your monthly expenses?
22 Rent: $ —_____  Utilities: —_____
23 Food: $ —_____  Clothing: —_____
24 Charge Accounts:
25 Name of Account        Monthly Payment           Total Owed on This Acct.
26 _____             $_____                $_____
27 _____             $_____                $_____
28 _____             $_____                $_____

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _____NO_____
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___ No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11       I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  7/31/08                              *[signature]*
17     DATE                          SIGNATURE OF APPLICANT

REGINALD LEWIS P95159
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA 94964



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

SBA